LAW OFFICES OF JONATHAN DWORK, APLC
1904 Harbor Blvd, Suite 611
Costa Mesa, CA 92627
Telephone: (949) 445-6999
Fax: (866) 827-1503
Jonathan Dwork, Esq. (SBN 247750)
Email: jonathandwork@gmail.com
Attorneys for Plaintiff, REBEL ELY

JS-6

FILED
CLERK, U.S. DISTRICT COURT
December 31, 2019
CENTRAL DISTRICT OF CALIFORNIA
BY: *Karla Tunis* DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEL ELY, <br><br> Plaintiff, <br><br> v. <br><br> USAA CASUALTY INSURANCE COMPANY, ET AL., <br><br> Defendants. | CASE NO: 8:18-cv-00669-JVS-DFM <br><br> [~~PROPOSED~~] ORDER FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE |

### [~~PROPOSED~~] ORDER

Having considered the stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court finds good cause for the dismissal of the entire case with prejudice.

IT IS HEREBY ORDERED.

Dated: ___December 31, 2018___

*/s/ James V. Selna*
Hon. James V. Selna
Judge, United States District Court

---

1

[PROPOSED] ORDER FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE

## PROOF OF SERVICE

I am a resident/employed in the County of Orange, State of California; I am over the age of eighteen (18) years and not a party to the within action; the business address is 1904 Harbor Boulevard, Suite 611, Costa Mesa, California 92627.

On **December 19, 2018**, I served the foregoing **[PROPOSED] ORDER FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE**, on the interested parties as follows:

X     <u>By US Mail</u>: By placing true copies thereof enclosed in a sealed envelope or package addressed to the persons as listed below, and depositing same with the United States Postal Service. If the envelope or package was not deposited with the United States Postal Service, it was placed for collection and mailing, following the ordinary business practices. I am readily familiar with the business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid

<u>By Fax</u>: The fax number from which I served the documents is: 866/827-1503.

<u>By Email</u>: The email from which I served the documents is: jonathandwork@gmail.com.

<u>By Personal Service</u>: I personally served the documents to the persons at the addresses listed: see attached list. For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice of papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

<u>By Overnight Delivery</u>: I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

X     (Federal) I declare that I am employed in the office of a member of this bar of this court at whose discretion the service was made.

I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct.

Executed on **December 19, 2018**, at Costa Mesa, California.

_____
SIGNATURE OF DECLARANT

JONATHAN DWORK
NAME OF DECLARANT

**SERVICE LIST**

Maureen Michail, Esq.
DANIELS, FINE, ISRAEL, SCHONBUCH & LEBOVITS, LLP
1801 Century Park East, 9th Floor
Los Angeles, CA 90067
310-556-7900
310-558-2807 F
Attorneys for: Defendant